FRANK v. ROWLAND & SHAFTO et al. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Adam Frank against Rowland & Shafto and another. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1117.

FRANK, Respondent, v. ROWLAND & SHAFTO, Inc., Appellant. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Adam Frank against Rowland & Shafto, Incorporated. J. V. Judge, of New York City, for appellant. L. G. Rosenblatt, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 144 N. Y. Supp. 1117.

FRANK v. ROWLAND & SHAFTO et al. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Adam Frank against Rowland & Shafto and another. No opinion. Motion granted. Order filed. See, also, 144 N. Y. Supp. 1117.

FREUND, Appellant, v. MELLILO CONST. CO., Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by Emanuel Freund against the Mellilo Construction Company. J. Friedman, of New York City, for appellant. A. B. Greenberg, of New York City, for respondent. No opinion. Order affirmed with costs. Order filed.

GABRIEL, Appellant, v. GABRIEL et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by William Gabriel against Barbara Gabriel and others, Mamie Mangold and Frank X. Fritz, appellants. No opinion. Judgment (79 Misc. Rep. 346, 139 N. Y. Supp. 778) affirmed, with costs to the respondents, on the opinion of Mr. Justice Crane at Special Term.

GALLAGHER, Respondent, v. ROYAL MAIL STEAM PACKET CO., Appellant. (Supreme Court, Appellate Division, First Department, December 19, 1913.) Action by William L. Gallagher against the Royal Mail Steam Packet Company. J. P. Kirlin, of New York City, for appellant. J. M. Gardner, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

GANOW, Respondent, v. MORGAN et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 26, 1913.) Action by Isaac C. Ganow against Luella D. Willcox Morgan and others, impleaded with the W. H. Dunne Company. PER CURIAM. Order affirmed, with $10 costs and disbursements.
LYON, J., dissents.

GARDNER et al., Respondents, v. KELLY, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 21, 1913.) Action by John M. Gardner and others against Ann Kelly, as administratrix, impleaded with John Q. Adams. B. D. Whedon, of New York City, for appellant. J. Deyo, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 144 N. Y. Supp. 1117.

GARDNER et al. v. KELLY et al. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by John M. Gardner and others against Ann Kelly, as administratrix, and others. No opinion. Motion denied, without costs. Order filed. See, also, 144 N. Y. Supp. 1117.

GARTH et al. v. CLOPTON et al. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by Lillie P. Garth, individually, etc., and others against William Garth Clopton and .others. No opinion. Motion to dismiss appeal denied, without costs, on condition that appellants perfect their appeal, place the case on the calendar for the December term, and be ready for argument when reached; otherwise, motion granted, with costs.

G. H. PETERS CO., Appellant, v. ST. JOSEPH'S ROMAN CATHOLIC CHURCH SOCIETY OF PERRY, WYOMING COUNTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by the G. H. Peters Company against the St. Joseph's Roman Catholic Church Society of Perry, Wyoming County, N. Y. No opinion. Judgment affirmed, with costs. See, also, 145 App. Div. 907, 129 N. Y. Supp. 1123.

GILBERT, Appellant, v. ADAMS, Respondent. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Marguerite Gilbert against Isabella V. Adams. C. C. Roberts, of New York City, for appellant. C. H. Slease, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 146 App. Div. 864, 131 N. Y. Supp. 787.

GLENDENING, Respondent, v. WESTERN UNION TEL. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by George O. Glendening against the Western Union Telegraph Company. A. T. Benedict, of New York City, for appellant. G. G. Battle, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 144 N. Y. Supp. 1117.

GLENDENING v. WESTERN UNION TELEGRAPH CO. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by George O. Glendening against the